### 12991.   PATE v. PATE et al.

STEPHENS, J.   1. The fact that the deceased had made a will and had been intimidated into destroying it is not relevant, upon an application for administration upon the estate of the deceased, to negative the fact of intestacy; and such evidence was properly excluded.

2. Where the applicant for appointment as administrator had been selected as such in writing by a majority of the heirs at law of the decedent (Civil Code of 1910, § 3943 (3)), he was as a matter of law entitled to the appointment, and a verdict to that effect was properly directed.

*Judgment affirmed.   Jenkins, P. J., concurs.*

DECIDED JULY 22, 1922.

Appeal; from Douglas superior court — Judge Irwin.   September 14, 1921.

*J. S. James,* for plaintiff in error.

*J. R. Hutcheson,* contra.